USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL SAMBORSKY,

                      Plaintiff,

       -against-                         1:20-cv-00298-GHW

SARA ROTHSTEIN, doing business as 32BJ      ORDER
Benefit Funds, ALBERTA GALDRI, doing
business as 32BJ Benefit Funds, and REGINE
BRETON doing business as
32BJ Benefit Funds,

                      Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On March 6, 2020, the Court ordered that the initial pretrial conference scheduled for March 12, 2020 would take place by telephone rather than in person. Dkt No. 8. However, given Plaintiff's *pro se* status, the Court now orders that, as originally ordered, the initial conference will take place in person in Courtroom 12C of the Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, New York. Dkt No. 3. The conference will take place at 3 p.m.

      Defendants are directed to serve a copy of this order on Plaintiff and to retain proof of service.

      SO ORDERED.

Dated: March 10, 2020
New York, New York

                                                  _____
                                                  GREGORY H. WOODS
                                                  United States District Judge