USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL SAMBORSKY,

       Plaintiff,

  -against-         1:20-cv-00298-GHW

SARA ROTHSTEIN, doing business as 32BJ  ORDER
Benefit Funds, ALBERTA GALDRI, doing
business as 32BJ Benefit Funds, and REGINE
BRETON doing business as 32BJ Benefit Funds,

       Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

  As discussed on the record during the initial pretrial conference held on March 12, 2020, the Court will hold a telephone conference in this case on April 7, 2020 at 1 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

  Defendants are directed to mail a copy of this order to Mr. Samborsky and to retain proof of service.

  SO ORDERED.

Dated: March 13, 2020
New York, New York

               _____
               GREGORY H. WOODS
               United States District Judge