USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHAEL SAMBORSKY,

                                Plaintiff,

-against-                            1:20-cv-00298-GHW

SARA ROTHSTEIN, doing business as 32BJ              ORDER
Benefit Funds, ALBERTA GALDRI, doing
business as 32BJ Benefit Funds, and REGINE
BRETON doing business as 32BJ Benefit Funds,

                                Defendants.

---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On March 13, 2020, the Court entered an order directing the parties to call Chambers for a telephone conference on April 7, 2020. Dkt No. 11. The parties should not call the Chambers' telephone number for that conference. Rather, the parties are directed to the Court's Emergency Rules in Light of COVID-19 for dial-in information and other instructions. The rules are available on the Court's web site.

       Counsel for Defendants is directed to mail a copy of this order to Mr. Samborsky and to retain proof of service.

       SO ORDERED.

Dated: April 6, 2020

                                                          _____
                                                            GREGORY H. WOODS
                                                          United States District Judge