USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| MICHAEL SAMBORSKY, | |
| Plaintiff, | |
| -against- | 1:20-cv-00298-GHW |
| SARA ROTHSTEIN, doing business as 32BJ Benefit Funds, ALBERTA GALDRI, doing business as 32BJ Benefit Funds, and REGINE BRETON doing business as 32BJ Benefit Funds, | ORDER |
| Defendants. | |

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Plaintiff Michael Samborsky's application for the court to request *pro bono* counsel is denied without prejudice to renew at a later date. There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards set forth by the Second Circuit in *Hodge v. Police Officers*, including whether plaintiff's claim is "likely to be of substance." 802 F.2d 58, 61-62 (2d Cir. 1986).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt No. 10. Defendants' counsel is directed to serve a copy of this order on Plaintiff and to retain proof of service.

SO ORDERED.

Dated: April 7, 2020

_____
GREGORY H. WOODS
United States District Judge