```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL SAMBORSKY,

       Plaintiff,

  -against-

SARA ROTHSTEIN, doing business as 32BJ Benefit Funds, ALBERTA GALDRI, doing business as 32BJ Benefit Funds, and REGINE BRETON doing business as 32BJ Benefit Funds,

       Defendants.
-------------------------------------------------------------------X

1:20-cv-00298-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 28, 2020, Defendant submitted a motion for summary judgment. Dkt Nos. 16-19. Plaintiff's opposition to Defendants' motion is due no later than June 8, 2020. Defendants' reply is due no later than three weeks following service of Plaintiff's opposition.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

SO ORDERED.

Dated: April 28, 2020

                   _____
                   GREGORY H. WOODS
                   United States District Judge