```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
-----------------------------------------------------------X  DOC #: _____
  MICHAEL SAMBORSKY,                       :              DATE FILED: 6/11/2020
                                           :
                            Plaintiff,     :
                 -against-                 :              1:20-cv-00298-GHW
                                           :
  SARA ROTHSTEIN, doing business as 32BJ   :              ORDER
  Benefit Funds, ALBERTA GALDRI, doing     :
  business as 32BJ Benefit Funds, and REGINE :
  BRETON doing business as                 :
  32BJ Benefit Funds,                      :
                                           :
                            Defendants.    :
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On June 11, 2020, Plaintiff Michael Samborsky submitted his opposition to Defendants' motion for summary judgment. Dkt No. 21. In his opposition, Samborsky renews his request for *pro bono* counsel. *See* Dkt No. 10. That application is again denied without prejudice to renewal at a later date. There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards set forth by the Second Circuit in *Hodge v. Police Officers*, including whether plaintiff's claim is "likely to be of substance." 802 F.2d 58, 61-62 (2d Cir. 1986). The Court will address the application after it rules on Defendants' motion for summary judgment.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Samborsky by first-class

and certified mail.

    SO ORDERED.

Dated: June 11, 2020

_____
GREGORY H. WOODS
United States District Judge