# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHAEL SAMBORSKY,

                Plaintiff,                                      20 **CIVIL** 298 (GHW)

       -against-                                       **JUDGMENT**

SARA ROTHSTEIN, doing business as 32BJ Benefit
Funds, ALBERTA GALDRI, doing business as
32BJ Benefit Funds, and REGINE BRETON,
doing business as 32BJ Benefit Funds,

                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 12, 2020, Defendants' motion for summary judgment is granted because the Fund's determination of Samborsky's eligibility for LTD benefits was not arbitrary and capricious;   The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal; judgment is entered for Defendants; accordingly, ths case is closed.

**Dated:**  New York, New York
           September 4, 2020

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                     **Clerk of Court**
                                                     **BY:**
                                                                       **Deputy Clerk**